IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATIE DIXON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., et al.,<br><br>Defendants. | Case No. 4:22-cv-00284 |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

COME NOW Plaintiffs Katie Dixon and Jaime Gaona, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Edward D. Jones & Co., L.P. and The Jones Financial Companies, L.L.L.P., ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, and respectfully move the Court pursuant to Fed. R. Civ. P. 26(c) for entry of a Stipulated Protective Order agreed to by the Parties in this case.

In support of this Motion, the Parties state that certain discovery materials to be exchanged in this case will contain non-public information of personal, financial, and/or commercial nature that may constitute trade secret, confidential, or proprietary information. In order to protect such trade secret, confidential, or proprietary information, the Parties jointly request that the Court enter the proposed Stipulated Protective Order (attached hereto as **Exhibit 1**) so that any documents containing such information will be treated as confidential and protected on the agreed terms set forth therein. The undersigned counsel certify that they have conferred to resolve the issue of protecting confidential information and agree upon the

requested relief.

WHEREFORE, the Parties jointly request that the Court enter the proposed Stipulated Protective Order and grant such other and further relief as deemed just and proper.

Dated: July 17, 2023                                    Respectfully submitted,

| | |
|---|---|
| **STUEVE SIEGEL HANSON LLP** | **DOWD BENNETT LLP** |
| /s/    *Jordan A. Kane*              | /s/    *Philip A. Cantwell*         |
| George A. Hanson, #43450 (MO) | James F. Bennett MO #46826 |
| Alexander T. Ricke, #65132 (MO) | Michael J. Kuhn MO #58936 |
| Jordan A. Kane, #71028 (MO) | Philip A. Cantwell MO #65505 |
| 460 Nichols Road, Suite 200 | 7676 Forsyth Blvd., Suite 1900 |
| Kansas City, Missouri 64112 | St. Louis, Missouri 63105 |
| Telephone:    816-714-7100 | (314) 889-7300 (telephone) |
| Facsimile:     816-714-7101 | (314) 863-2111 (facsimile) |
| hanson@stuevesiegel.com | jbennett@dowdbennett.com |
| ricke@stuevesiegel.com | mkuhn@dowdbennett.com |
| kane@stuevesiegel.com | pcantwell@dowdbennett.com |
| **HF LAW FIRM LLC** | AND |
| Christi J. Hilker, #53523 (MO) (*PHV*) | **OGLETREE, DEAKINS, NASH,** |
| Amy M. Fowler, #52359 (MO) (*PHV*) | **SMOAK & STEWART, P.C.** |
| 3101 W. 86th St. | |
| Leawood, Kansas 66206 | Gregg M. Lemley MO #44464 |
| Telephone:    (816)739-0107 | Patrick F. Hulla MO #41745 |
| Facsimile:     (913)426-9181 | Liz S. Washko (*pro hac vice* |
| christi@hflawfirmllc.com | *forthcoming*) |
| amy@hflawfirmllc.com | 7700 Bonhomme Ave., Suite 650 |
| | St. Louis, Missouri 63105 |
| AND | (314) 802-3935 (telephone) |
| | gregg.lemley@ogletree.com |
| **OUTTEN & GOLDEN LLP** | patrick.hulla@ogletree.com |
| | liz.washko@ogletree.com |
| Adam T. Klein, #2375012 (NY) (*PHV*) | |
| Nantiya Ruan, #3944006 (NY) (*PHV*) | *Attorneys for Defendants* |
| Chauniqua D. Young, #5138409 (NY) (*PHV*) | |
| Michael C. Danna, #5553169 (NY) (*PHV*) | |
| 685 Third Avenue, 25th Floor | |
| New York, NY 10017 | |
| Telephone: (212) 245-1000 | |
| Facsimile: (646) 509-2060 | |

atk@outtengolden.com
nr@outtengolden.com
cyoung@outtengolden.com
mdanna@outtengolden.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

_____