**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KATIE DIXON and JAIME GAONA, on behalf of themselves and others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 4:22-cv-00284 |
| EDWARD D. JONES & CO., L.P., et al., | ) | |
| Defendants. | ) | |

**EXHIBIT KEY FOR THE PARTIES' BRIEFING AND EXHIBITS ON SUMMARY JUDGMENT, DAUBERT MOTIONS, CLASS AND CONDITIONAL CERTIFICATION, AND RULE 37(c) MOTION TO STRIKE**

Pursuant to Paragraph 9 of Judge Sarah E. Pitlyk's Requirements, E.D. Mo. Local Rule 13.05, and the Court's Order at ECF 182, Defendants Edward D. Jones & Co., L.P., ("Edward Jones") and The Edward Jones Financial Companies, L.L.L.P. (collectively "Defendants") submit the attached Exhibit Key for the Parties' Briefing and Exhibits on Summary Judgment, Daubert Motions, Class and Conditional Certification, and Rule 37(c) Motion To Strike. The tables provide the docket entry at which the exhibits appear and are attached as **Exhibit A** to this filing.

Dated: September 14, 2026

Respectfully submitted,

**DOWD BENNETT LLP**

By: /s/ *James F. Bennett*
James F. Bennett MO #46826
Lisa Bertain #124646CA
Michael J. Kuhn MO #58936
Philip A. Cantwell MO #65505
Adam J. Simon MO #68396
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)

(314) 863-2111 (facsimile)
jbennett@dowdbennett.com
lbertain@dowdbennett.com
mkuhn@dowdbennett.com
pcantwell@dowdbennett.com
asimon@dowdbennett.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Gregg M. Lemley MO #44464
Patrick F. Hulla MO #41745
Liz S. Washko (*pro hac vice*)
7700 Bonhomme Ave., Suite 650
St. Louis, Missouri 63105
(314) 802-3935 (telephone)
gregg.lemley@ogletree.com
patrick.hulla@ogletree.com
liz.washko@ogletree.com

**PAUL HASTINGS LLP**
Felicia A. Davis (*pro hac vice*)
Carson H. Sullivan (*pro hac vice*)
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000 (telephone)
(213) 627-0705 (facsimile)
feliciadavis@paulhastings.com
carsonsullivan@paulhastings.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2026, the foregoing was filed via the Court's CM/ECF system which effectuated service on all counsel of record.

/s/ *James F. Bennett*